SOL COHEN et al., Appellants, *v.* CAULDWELL-WINGATE Co. et al., Respondents.

Argued November 14, 1946; decided January 9, 1947.

*Henry Cohen, Jonathan B. Bingham* and *I. Ben Greenman* for appellants.

*John F. X. McGohey, United States Attorney for the South-ern District of New York* (*Louis Mansdorf* of counsel), for respondents.

Judgment affirmed, with costs; no opinion. [See 297 N. Y. 471.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.